**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | **JAMES M. STEINDL, SR.** |
| Debtor 2 (Spouse, if filing) | |
| Unites States Bankruptcy Court for the: | **Western District of Pennsylvania** (State) |
| Case Number: | **18-24560JCM** |

# Form 4100N
## Notice of Final Cure Payment                                     10/15

**File a separate notice for each creditor.**

**According to Bankruptcy Rule 3002.1(f), the trustee gives notice that the amount required to cure the prepetition default in the claim below has been paid in full and the debtor(s) have completed all payments under the plan.**

### Part 1: Mortgage Information

| | |
|---|---|
| **Name of creditor:** | MIDFIRST BANK |
| **Court claim no.** (if known): | 3 |
| **Last 4 digits** of any number you use to identify the debtor's account | 0 9 4 4 |
| **Property Address:** | 140 BETHEL CHURCH RD<br>DAWSON PA 15428 |

### Part 2: Cure Amount

**Total cure disbursments made by the trustee:**                                    Amount

| | | | |
|---|---|---|---|
| a. | Allowed prepetition arrearage: | (a) $ | 16,783.02 |
| b. | Prepetition arrearage paid by the trustee: | (b) $ | 16,783.02 |
| c. | Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c): | (c) $ | 0.00 |
| d. | Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c) and paid by the trustee: | (d) $ | 0.00 |
| e. | Allowed postpetition arrearage: | (e) $ | 0.00 |
| f. | Postpetition arrearage paid by the trustee: | + (f) $ | 0.00 |
| g. | **Total.** Add lines b, d, and f. | (g) $ | 16,783.02 |

### Part 3: Postpetition Mortgage Payment

*Check one*

☐ Mortgage is paid through the trustee.
  Current monthly mortgage payment                                                    $     $723.90
  The next postpetition payment is due on    1 / 1 / 2024
                                             MM / DD / YYYY

✎ Mortgage is paid directly by the debtor(s).

Form 4100N                              **Notice of Final Cure Payment**                              page 1

| | | | |
|---|---|---|---|
| Debtor 1 | **JAMES M. STEINDL, SR.** | Case number *(if known)* | 18-24560JCM |
| | Name | | |

### Part 4: A Response Is Required By Bankruptcy Rule 3002.1(g)

Under Bankruptcy Rule 3002.1(g), the creditor must file and serve on the debtor(s), their counsel, and the trustee, within 21 days after service of this notice, a statement indicating whether the creditor agrees that the debtor(s) have paid in full the amount required to cure the default and stating whether the debtor(s) have (i) paid all outstanding postpetition fees, costs, and escrow amounts due, and (ii) consistent with § 1322(b)(5) of the Bankruptcy Code, are current on all postpetition payments as of the date of the response. Failure to file and serve the statement may subject the creditor to further action of the court, including possible sanctions.

To assist in reconciling the claim, a history of payments made by the trustee is attached to copies of this notice sent to the debtor(s) and the creditor.

/s/ Ronda J. Winnecour
Signature

Date  03/29/2024

Trustee: Ronda J. Winnecour

Address:
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219

Contact phone  (412) 471-5566        Email  cmecf@chapter13trusteewdpa.com

| Debtor 1 | JAMES M. STEINDL, SR. | Case number *(if known)* | 18-24560JCM |
|---|---|---|---|
| | Name | | |

## Disbursement History

| Date | Check # | Name | Posting Type | Amount |
|---|---|---|---|---|
| **MORTGAGE ARR. (Part 2 (b))** | | | | |
| 07/29/2019 | 1125678 | FIRST GUARANTY MORTGAGE CORP | AMOUNTS DISBURSED TO CREDITOR | 588.56 |
| 08/27/2019 | 1129182 | FIRST GUARANTY MORTGAGE CORP | AMOUNTS DISBURSED TO CREDITOR | 246.12 |
| 09/24/2019 | 1132535 | FIRST GUARANTY MORTGAGE CORP | AMOUNTS DISBURSED TO CREDITOR | 246.12 |
| 10/24/2019 | 1135798 | FIRST GUARANTY MORTGAGE CORP | AMOUNTS DISBURSED TO CREDITOR | 944.37 |
| 11/25/2019 | 1139247 | FIRST GUARANTY MORTGAGE CORP | AMOUNTS DISBURSED TO CREDITOR | 226.62 |
| 12/23/2019 | 1142676 | FIRST GUARANTY MORTGAGE CORP | AMOUNTS DISBURSED TO CREDITOR | 226.62 |
| 01/28/2020 | 1146099 | FIRST GUARANTY MORTGAGE CORP | AMOUNTS DISBURSED TO CREDITOR | 229.62 |
| 02/25/2020 | 1149590 | FIRST GUARANTY MORTGAGE CORP | AMOUNTS DISBURSED TO CREDITOR | 229.62 |
| 03/23/2020 | 1153129 | FIRST GUARANTY MORTGAGE CORP | AMOUNTS DISBURSED TO CREDITOR | 206.40 |
| 04/27/2020 | 1156569 | FIRST GUARANTY MORTGAGE CORP | AMOUNTS DISBURSED TO CREDITOR | 1,103.76 |
| 05/26/2020 | 1159973 | FIRST GUARANTY MORTGAGE CORP | AMOUNTS DISBURSED TO CREDITOR | 356.01 |
| 06/26/2020 | 1163369 | FIRST GUARANTY MORTGAGE CORP | AMOUNTS DISBURSED TO CREDITOR | 356.01 |
| 07/29/2020 | 1166509 | FIRST GUARANTY MORTGAGE CORP | AMOUNTS DISBURSED TO CREDITOR | 356.01 |
| 08/25/2020 | 1169579 | FIRST GUARANTY MORTGAGE CORP | AMOUNTS DISBURSED TO CREDITOR | 356.01 |
| 09/28/2020 | 1172658 | FIRST GUARANTY MORTGAGE CORP | AMOUNTS DISBURSED TO CREDITOR | 1,046.76 |
| 10/26/2020 | 1175763 | FIRST GUARANTY MORTGAGE CORP | AMOUNTS DISBURSED TO CREDITOR | 377.01 |
| 11/24/2020 | 1178841 | FIRST GUARANTY MORTGAGE CORP | AMOUNTS DISBURSED TO CREDITOR | 377.01 |
| 01/25/2021 | 1184770 | FIRST GUARANTY MORTGAGE CORP | AMOUNTS DISBURSED TO CREDITOR | 753.45 |
| 02/22/2021 | 1187874 | FIRST GUARANTY MORTGAGE CORP | AMOUNTS DISBURSED TO CREDITOR | 366.31 |
| 03/26/2021 | 1191141 | FIRST GUARANTY MORTGAGE CORP | AMOUNTS DISBURSED TO CREDITOR | 1,072.91 |
| 04/26/2021 | 1194430 | FIRST GUARANTY MORTGAGE CORP | AMOUNTS DISBURSED TO CREDITOR | 371.66 |
| 05/25/2021 | 1197561 | FIRST GUARANTY MORTGAGE CORP | AMOUNTS DISBURSED TO CREDITOR | 371.66 |
| 07/26/2021 | 1203943 | FIRST GUARANTY MORTGAGE CORP | AMOUNTS DISBURSED TO CREDITOR | 783.99 |
| 08/26/2021 | 1207065 | FIRST GUARANTY MORTGAGE CORP | AMOUNTS DISBURSED TO CREDITOR | 454.16 |
| 09/24/2021 | 1211367 | THE MONEY SOURCE INC | AMOUNTS DISBURSED TO CREDITOR | 454.16 |
| 10/25/2021 | 1214434 | THE MONEY SOURCE INC | AMOUNTS DISBURSED TO CREDITOR | 1,168.16 |
| 11/22/2021 | 1217459 | THE MONEY SOURCE INC | AMOUNTS DISBURSED TO CREDITOR | 425.66 |
| 12/23/2021 | 1220546 | THE MONEY SOURCE INC | AMOUNTS DISBURSED TO CREDITOR | 425.66 |
| 01/26/2022 | 1223597 | THE MONEY SOURCE INC | AMOUNTS DISBURSED TO CREDITOR | 391.18 |
| 02/23/2022 | 1226454 | THE MONEY SOURCE INC | AMOUNTS DISBURSED TO CREDITOR | 391.18 |
| 03/25/2022 | 1229447 | THE MONEY SOURCE INC | AMOUNTS DISBURSED TO CREDITOR | 391.18 |
| 04/26/2022 | 1232488 | THE MONEY SOURCE INC | AMOUNTS DISBURSED TO CREDITOR | 391.18 |
| 05/25/2022 | 1235517 | THE MONEY SOURCE INC | AMOUNTS DISBURSED TO CREDITOR | 391.18 |
| 06/27/2022 | 1238541 | THE MONEY SOURCE INC | AMOUNTS DISBURSED TO CREDITOR | 391.18 |
| 07/26/2022 | 1241478 | THE MONEY SOURCE INC | AMOUNTS DISBURSED TO CREDITOR | 315.53 |
| | | | | 16,783.02 |
| **MORTGAGE REGULAR PAYMENT (Part 3)** | | | | |
| 02/25/2019 | 1108928 | FIRST GUARANTY MORTGAGE CORP | AMOUNTS DISBURSED TO CREDITOR | 1,902.92 |
| 03/25/2019 | 1112183 | FIRST GUARANTY MORTGAGE CORP | AMOUNTS DISBURSED TO CREDITOR | 762.28 |
| 04/26/2019 | 1115463 | FIRST GUARANTY MORTGAGE CORP | AMOUNTS DISBURSED TO CREDITOR | 1,143.61 |
| 05/24/2019 | 1118877 | FIRST GUARANTY MORTGAGE CORP | AMOUNTS DISBURSED TO CREDITOR | 385.67 |
| 06/25/2019 | 1122246 | FIRST GUARANTY MORTGAGE CORP | AMOUNTS DISBURSED TO CREDITOR | 771.10 |
| 07/29/2019 | 1125678 | FIRST GUARANTY MORTGAGE CORP | AMOUNTS DISBURSED TO CREDITOR | 851.84 |
| 08/27/2019 | 1129182 | FIRST GUARANTY MORTGAGE CORP | AMOUNTS DISBURSED TO CREDITOR | 646.38 |
| 09/24/2019 | 1132535 | FIRST GUARANTY MORTGAGE CORP | AMOUNTS DISBURSED TO CREDITOR | 646.38 |
| 10/24/2019 | 1135798 | FIRST GUARANTY MORTGAGE CORP | AMOUNTS DISBURSED TO CREDITOR | 646.38 |
| 11/25/2019 | 1139247 | FIRST GUARANTY MORTGAGE CORP | AMOUNTS DISBURSED TO CREDITOR | 646.38 |
| 12/23/2019 | 1142676 | FIRST GUARANTY MORTGAGE CORP | AMOUNTS DISBURSED TO CREDITOR | 646.38 |
| 01/28/2020 | 1146099 | FIRST GUARANTY MORTGAGE CORP | AMOUNTS DISBURSED TO CREDITOR | 646.38 |
| 02/25/2020 | 1149590 | FIRST GUARANTY MORTGAGE CORP | AMOUNTS DISBURSED TO CREDITOR | 646.38 |
| 03/23/2020 | 1153129 | FIRST GUARANTY MORTGAGE CORP | AMOUNTS DISBURSED TO CREDITOR | 679.60 |
| 04/27/2020 | 1156569 | FIRST GUARANTY MORTGAGE CORP | AMOUNTS DISBURSED TO CREDITOR | 662.99 |
| 05/26/2020 | 1159973 | FIRST GUARANTY MORTGAGE CORP | AMOUNTS DISBURSED TO CREDITOR | 662.99 |
| 06/26/2020 | 1163369 | FIRST GUARANTY MORTGAGE CORP | AMOUNTS DISBURSED TO CREDITOR | 662.99 |
| 07/29/2020 | 1166509 | FIRST GUARANTY MORTGAGE CORP | AMOUNTS DISBURSED TO CREDITOR | 662.99 |
| 08/25/2020 | 1169579 | FIRST GUARANTY MORTGAGE CORP | AMOUNTS DISBURSED TO CREDITOR | 662.99 |
| 09/28/2020 | 1172658 | FIRST GUARANTY MORTGAGE CORP | AMOUNTS DISBURSED TO CREDITOR | 662.99 |
| 10/26/2020 | 1175763 | FIRST GUARANTY MORTGAGE CORP | AMOUNTS DISBURSED TO CREDITOR | 662.99 |
| 11/24/2020 | 1178841 | FIRST GUARANTY MORTGAGE CORP | AMOUNTS DISBURSED TO CREDITOR | 662.99 |
| 12/21/2020 | 1181820 | FIRST GUARANTY MORTGAGE CORP | AMOUNTS DISBURSED TO CREDITOR | 453.37 |
| 01/25/2021 | 1184770 | FIRST GUARANTY MORTGAGE CORP | AMOUNTS DISBURSED TO CREDITOR | 872.61 |
| 02/22/2021 | 1187874 | FIRST GUARANTY MORTGAGE CORP | AMOUNTS DISBURSED TO CREDITOR | 673.69 |

| Debtor 1 | JAMES M. STEINDL, SR. | | Case number *(if known)* | 18-24560JCM |
|---|---|---|---|---|
| | Name | | | |

## Disbursement History

| Date | Check # | Name | Posting Type | Amount |
|---|---|---|---|---|
| **MORTGAGE REGULAR PAYMENT (Part 3) Continued...** | | | | |
| 03/26/2021 | 1191141 | FIRST GUARANTY MORTGAGE CORP | AMOUNTS DISBURSED TO CREDITOR | 668.34 |
| 04/26/2021 | 1194430 | FIRST GUARANTY MORTGAGE CORP | AMOUNTS DISBURSED TO CREDITOR | 668.34 |
| 05/25/2021 | 1197561 | FIRST GUARANTY MORTGAGE CORP | AMOUNTS DISBURSED TO CREDITOR | 668.34 |
| 06/25/2021 | 1200739 | FIRST GUARANTY MORTGAGE CORP | AMOUNTS DISBURSED TO CREDITOR | 454.65 |
| 07/26/2021 | 1203943 | FIRST GUARANTY MORTGAGE CORP | AMOUNTS DISBURSED TO CREDITOR | 882.03 |
| 08/26/2021 | 1207065 | FIRST GUARANTY MORTGAGE CORP | AMOUNTS DISBURSED TO CREDITOR | 668.34 |
| 09/24/2021 | 1211367 | THE MONEY SOURCE INC | AMOUNTS DISBURSED TO CREDITOR | 668.34 |
| 10/25/2021 | 1214434 | THE MONEY SOURCE INC | AMOUNTS DISBURSED TO CREDITOR | 668.34 |
| 11/22/2021 | 1217459 | THE MONEY SOURCE INC | AMOUNTS DISBURSED TO CREDITOR | 668.34 |
| 12/23/2021 | 1220546 | THE MONEY SOURCE INC | AMOUNTS DISBURSED TO CREDITOR | 668.34 |
| 01/26/2022 | 1223597 | THE MONEY SOURCE INC | AMOUNTS DISBURSED TO CREDITOR | 702.82 |
| 02/23/2022 | 1226454 | THE MONEY SOURCE INC | AMOUNTS DISBURSED TO CREDITOR | 702.82 |
| 03/25/2022 | 1229447 | THE MONEY SOURCE INC | AMOUNTS DISBURSED TO CREDITOR | 702.82 |
| 04/26/2022 | 1232488 | THE MONEY SOURCE INC | AMOUNTS DISBURSED TO CREDITOR | 702.82 |
| 05/25/2022 | 1235517 | THE MONEY SOURCE INC | AMOUNTS DISBURSED TO CREDITOR | 702.82 |
| 06/27/2022 | 1238541 | THE MONEY SOURCE INC | AMOUNTS DISBURSED TO CREDITOR | 702.82 |
| 07/26/2022 | 1241478 | THE MONEY SOURCE INC | AMOUNTS DISBURSED TO CREDITOR | 702.82 |
| 08/24/2022 | 1244346 | THE MONEY SOURCE INC | AMOUNTS DISBURSED TO CREDITOR | 702.82 |
| 09/27/2022 | 1247234 | THE MONEY SOURCE INC | AMOUNTS DISBURSED TO CREDITOR | 702.82 |
| 10/25/2022 | 1250026 | THE MONEY SOURCE INC | AMOUNTS DISBURSED TO CREDITOR | 702.82 |
| 11/23/2022 | 1252825 | THE MONEY SOURCE INC | AMOUNTS DISBURSED TO CREDITOR | 702.82 |
| 12/22/2022 | 1255559 | THE MONEY SOURCE INC | AMOUNTS DISBURSED TO CREDITOR | 702.82 |
| 01/26/2023 | 1258290 | THE MONEY SOURCE INC | AMOUNTS DISBURSED TO CREDITOR | 723.90 |
| 02/23/2023 | 1260278 | MIDFIRST BANK | AMOUNTS DISBURSED TO CREDITOR | 723.90 |
| 03/28/2023 | 1263047 | MIDFIRST BANK | AMOUNTS DISBURSED TO CREDITOR | 723.90 |
| 04/25/2023 | 1265866 | MIDFIRST BANK | AMOUNTS DISBURSED TO CREDITOR | 723.90 |
| 05/25/2023 | 1268724 | MIDFIRST BANK | AMOUNTS DISBURSED TO CREDITOR | 723.90 |
| 06/26/2023 | 1271619 | MIDFIRST BANK | AMOUNTS DISBURSED TO CREDITOR | 723.90 |
| 07/25/2023 | 1274385 | MIDFIRST BANK | AMOUNTS DISBURSED TO CREDITOR | 723.90 |
| 08/25/2023 | 1277156 | MIDFIRST BANK | AMOUNTS DISBURSED TO CREDITOR | 723.90 |
| 09/26/2023 | 1279909 | MIDFIRST BANK | AMOUNTS DISBURSED TO CREDITOR | 723.90 |
| 10/25/2023 | 1282617 | MIDFIRST BANK | AMOUNTS DISBURSED TO CREDITOR | 723.90 |
| 11/27/2023 | 1285295 | MIDFIRST BANK | AMOUNTS DISBURSED TO CREDITOR | 723.90 |
| | | | | 41,405.41 |

# CERTIFICATE OF SERVICE

I hereby certify that on the date shown below, I served a true and correct copy of Notice of Final Cure Payment upon the following, by regular United States mail, postage prepaid, addressed as follows:

JAMES M. STEINDL, SR.
140 BETHEL CHURCH RD.
DAWSON, PA  15428

ABAGALE E STEIDL ESQ
STEIDL & STEINBERG
GULF TOWER - 28TH FL
707 GRANT ST
PITTSBURGH, PA  15219

MIDFIRST BANK
ATTN BANKRUPTCY TRUSTEE PMTS*
999 NW GRAND BLVD STE 100
OKLAHOMA, OK  73118

MIDFIRST BANK
999 NW GRAND BLVD #110
OKLAHOMA CITY, OK  73118-6077

ALDRIDGE PITE LLC
8880 RIO SAN DIEGO DR STE 725
SAN DIEGO, CA  92108


3/29/24

/s/ Roberta Saunier
Administrative Assistant
Office of the Chapter 13 Trustee