Form 300b

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **James M. Steindl Sr.** | : | Case No. 18−24560−JCM |
| *Debtor(s)* | : | Chapter: 13 |
| | : | |
| **RONDA J. WINNECOUR, Trustee,** | : | |
| *Movant(s),* | : | |
| | : | |
| v. | : | Related to Document No. 65 |
| **No Respondents** | : | |
| *Respondent(s).* | : | Hearing Date: 6/20/24 at 03:00 PM |

## ORDER SCHEDULING DATE FOR RESPONSE
## AND HEARING ON MOTION

*AND NOW,* this *The 26th of April, 2024*, a *Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements* having been filed at Doc. No. 65 , by the Chapter 13 Trustee

It is hereby **ORDERED, ADJUDGED and DECREED** that:

(1) **On or before June 10, 2024**, any *Response*, including a consent to the *Motion*, shall be filed with the Clerk's Office at U.S. Bankruptcy Court, (5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219 **OR** U.S. Courthouse, Room B160, 17 South Park Row, Erie, PA 16501) and served on the counsel for the Moving Party.

(2) This *Motion* is scheduled for hearing on **June 20, 2024 at 03:00 PM** in Bankruptcy Courtroom, U.S. Courthouse, 17 South Park Row, Erie, PA 16501, at which time the parties and/or their counsel shall appear and the Court will dispose of the *Motion*. See Judge Melaragno's Procedures effective 6/28/23 on the Court's Website.

(3) If, after proper service, a Respondent fails to timely file a *Response*, the Court **may** determine that no hearing is required and accordingly enter the order by default. **To determine if a default order has been entered the Moving Party is directed to the Court's web site at www.pawb.uscourts.gov one day prior to the hearing. To view the calendar for Judge John C Melaragno refer to the calendar section.** In the event a default order has been signed, the Moving Party shall **IMMEDIATELY** advise all affected parties. If a default order has not been entered, the parties will be *required* to appear at the hearing.

_____
John C. Melaragno, Judge
United States Bankruptcy Court

cm: All Parties Listed on The Clerk's Mailing Matrix

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
James M. Steindl, Sr.  
    Debtor

Case No. 18-24560-JCM  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: auto      Page 1 of 2  
Date Rcvd: Apr 26, 2024      Form ID: 300b      Total Noticed: 19

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 28, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | James M. Steindl, Sr., 140 Bethel Church Rd., Dawson, PA 15428-1172 |
| 14954539 | | Foundation Radiology Group, 75 ReMittance Dr., Dept 6757, Chicago, IL 60675-6757 |
| 14954540 | + | Higlands Hospital, 401 East Murphy Ave, Connellsville, PA 15425-2700 |
| 14954542 | | Illinois Valley Radiology PC, PO Box 645572, Pittsburgh, PA 15264-5253 |
| 14954543 | + | Kisiel & Associates, PC, 164 W. Crawford Ave., Connellsville, PA 15425-3527 |
| 14954544 | | Quest Diagnostics, PO Box 740717, Cincinnati, OH 45274-0717 |
| 14954546 | + | Sepp Dental Office, 674 Vanderbilt Rd, Connellsville, PA 15425-6216 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/Text: nsm_bk_notices@mrcooper.com | Apr 26 2024 23:50:00 | FIRST GUARANTY MORTGAGE CORPORATION, c/o Rushmore Loan Management Services LL, 15480 Laguna Canyon Road, Suite 100, Irvine, CA 92618-2132 |
| cr | + | Email/Text: BK@servicingdivision.com | Apr 26 2024 23:50:00 | The Money Source Inc., 500 South Broad Street Suite 100A, Meriden, CT 06450-6755 |
| 14954536 | ^ | MEBN | Apr 26 2024 23:46:31 | Allegheny Health Network, PO Box 645266, Pittsburgh, PA 15264-5250 |
| 14988773 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Apr 26 2024 23:49:00 | Citizens Bank N.A., One Citizens Bank Way, Mailstop: JCA115, Johnston, RI 02919 |
| 14954537 | + | Email/Text: ebn@carepayment.com | Apr 26 2024 23:52:00 | Care Payment, PO Box 2398, Omaha, NE 68103-2398 |
| 14954538 | + | Email/Text: Bankruptcy.RI@Citizensbank.com | Apr 26 2024 23:49:00 | CitizensOne Auto Finance, One Citizens Dr., Providence, RI 02903-1344 |
| 14984913 | | Email/Text: nsm_bk_notices@mrcooper.com | Apr 26 2024 23:50:00 | First Guaranty Mortgage Corporation, c/o Rushmore Loan Management Services, 15480 Laguna Canyon Road, Suite 100, Irvine, CA 92618-2132 |
| 14954541 | + | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Apr 27 2024 00:45:02 | HUD, 451 Seventh Street SW, Washington, DC 20410-0002 |
| 15565026 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Apr 27 2024 00:07:12 | MidFirst Bank, Bankruptcy Department, 999 NW Grand Boulevard, #110, Oklahoma City, OK 73118-6051 |
| 14954545 | | Email/Text: nsm_bk_notices@mrcooper.com | Apr 26 2024 23:50:00 | Rushmore Loan Management Services, PO Box 814529, Dallas, TX 75381-4529 |
| 15411921 | + | Email/Text: BK@servicingdivision.com | Apr 26 2024 23:50:00 | The Money Source Inc., 500 South Broad Street Suite 100A, Meriden, Connecticut 06450-6755 |

| 14983964 | Email/PDF: ebn_ais@aisinfo.com | Apr 27 2024 00:07:56 | Verizon, by American InfoSource as agent, PO Box 248838, Oklahoma City, OK 73124-8838 |

TOTAL: 12

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | MidFirst Bank |
| 14989138 | *P++ | CITIZENS BANK N A, ATTN BANKRUPTCY TEAM, ONE CITIZENS BANK WAY, JCA115, JOHNSTON RI 02919-1922, address filed with court:, Citizens Bank N.A., One Citizens Bank Way, Mailstop: JCA115, Johnston, RI 02919 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 28, 2024    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 26, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Abagale E. Steidl | on behalf of Debtor James M. Steindl Sr. asteidl@steidl-steinberg.com, julie.steidl@steidl-steinberg.com;abby.steidl@me.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;amattish@steidl-steinberg.com |
| Chandra Marie Arkema | on behalf of Creditor FIRST GUARANTY MORTGAGE CORPORATION tuhawkeye@msn.com carkema@squirelaw.com |
| Denise Carlon | on behalf of Creditor MidFirst Bank dcarlon@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 5