**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: <br><br> JAMES M. STEINDL, SR. <br><br> Debtor(s) <br><br> Ronda J. Winnecour <br> Chapter 13 Trustee, <br>     Movant <br>     vs. <br> No Respondents. | Case No.:18-24560 <br><br> Chapter 13 <br><br> Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

  1.  The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

  2.  The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

  3.  Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

  4.  After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

  **Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

April 25, 2024

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA 15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 11/26/2018 and confirmed on 1/22/19. The case was subsequently Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 96,000.00 |
| Less Refunds to Debtor | 8,199.35 | |
| TOTAL AMOUNT OF PLAN FUND | | 87,800.65 |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 4,465.00 | |
|   Trustee Fee | 4,527.75 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 8,992.75 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   US DEPARTMENT OF HUD** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   MIDFIRST BANK | 0.00 | 41,405.41 | 0.00 | 41,405.41 |
|     Acct: 0944 | | | | |
|   MIDFIRST BANK | 16,783.02 | 16,783.02 | 0.00 | 16,783.02 |
|     Acct: 0944 | | | | |
|   CITIZENS BANK NA | 17,383.43 | 17,383.43 | 2,555.79 | 19,939.22 |
|     Acct: 0586 | | | | |
| | | | | 78,127.65 |
| **Priority** | | | | |
|   ABAGALE E STEIDL ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   JAMES M. STEINDL, SR. | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   JAMES M. STEINDL, SR. | 8,199.35 | 8,199.35 | 0.00 | 0.00 |
|     Acct: | | | | |
|   STEIDL & STEINBERG | 3,390.00 | 3,390.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   STEIDL & STEINBERG | 1,075.00 | 1,075.00 | 0.00 | 0.00 |
|     Acct: XXXXXXXXXXXXXXXXXXXXXXX9/24 | | | | |
| | | ***NONE*** | | |
| **Unsecured** | | | | |
|   ALLEGHENY HEALTH NETWORK | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   CARE PAYMENT | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 3597 | | | | |
|   FOUNDATION RADIOLOGY GROUP PC++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 6144 | | | | |
|   HIGHLANDS HOSPITAL & HEALTH CT | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   ILLINOIS VALLEY RADIOLOGY++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 6121 | | | | |
|   KISIEL AND ASSOCIATES | 495.00 | 495.00 | 0.00 | 495.00 |

| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|---|
| Unsecured | | | | | |
| | Acct: JMS | | | | |
| | QUEST DIAGNOSTIC VENTURE LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 8536 | | | | |
| | SEPP DENTAL OFFICE | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | VERIZON BY AMERICAN INFOSOURCE LP | 185.25 | 185.25 | 0.00 | 185.25 |
| | Acct: 0001 | | | | |
| | RICHARD M SQUIRE & ASSOC LLC (FRML | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | | | | | 680.25 |

| | | |
|---|---|---|
| TOTAL PAID TO CREDITORS | | 78,807.90 |

TOTAL CLAIMED
PRIORITY          0.00
SECURED      34,166.45
UNSECURED       680.25

Date: 04/25/2024

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
    JAMES M. STEINDL, SR.

           Debtor(s)

    Ronda J. Winnecour
           Movant
         vs.
    No Repondents.

Case No.:18-24560

Chapter 13

Document No.:

ORDER OF COURT

AND NOW, this _____ day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

In re:      Case No. 18-24560-JCM

James M. Steindl, Sr.      Chapter 13

     Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: auto     Page 1 of 2
Date Rcvd: Apr 26, 2024     Form ID: pdf900     Total Noticed: 19

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 28, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | James M. Steindl, Sr., 140 Bethel Church Rd., Dawson, PA 15428-1172 |
| 14954539 | | Foundation Radiology Group, 75 ReMittance Dr., Dept 6757, Chicago, IL 60675-6757 |
| 14954540 | + | Higlands Hospital, 401 East Murphy Ave, Connellsville, PA 15425-2700 |
| 14954542 | | Illinois Valley Radiology PC, PO Box 645572, Pittsburgh, PA 15264-5253 |
| 14954543 | + | Kisiel & Associates, PC, 164 W. Crawford Ave., Connellsville, PA 15425-3527 |
| 14954544 | | Quest Diagnostics, PO Box 740717, Cincinnati, OH 45274-0717 |
| 14954546 | + | Sepp Dental Office, 674 Vanderbilt Rd, Connellsville, PA 15425-6216 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/Text: nsm_bk_notices@mrcooper.com | Apr 26 2024 23:50:00 | FIRST GUARANTY MORTGAGE CORPORATION, c/o Rushmore Loan Management Services LL, 15480 Laguna Canyon Road, Suite 100, Irvine, CA 92618-2132 |
| cr | + | Email/Text: BK@servicingdivision.com | Apr 26 2024 23:50:00 | The Money Source Inc., 500 South Broad Street Suite 100A, Meriden, CT 06450-6755 |
| 14954536 | ^ | MEBN | Apr 26 2024 23:46:32 | Allegheny Health Network, PO Box 645266, Pittsburgh, PA 15264-5250 |
| 14988773 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Apr 26 2024 23:49:00 | Citizens Bank N.A., One Citizens Bank Way, Mailstop: JCA115, Johnston, RI 02919 |
| 14954537 | + | Email/Text: ebn@carepayment.com | Apr 26 2024 23:52:00 | Care Payment, PO Box 2398, Omaha, NE 68103-2398 |
| 14954538 | + | Email/Text: Bankruptcy.RI@Citizensbank.com | Apr 26 2024 23:49:00 | CitizensOne Auto Finance, One Citizens Dr., Providence, RI 02903-1344 |
| 14984913 | | Email/Text: nsm_bk_notices@mrcooper.com | Apr 26 2024 23:50:00 | First Guaranty Mortgage Corporation, c/o Rushmore Loan Management Services, 15480 Laguna Canyon Road, Suite 100, Irvine, CA 92618-2132 |
| 14954541 | + | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Apr 27 2024 00:45:02 | HUD, 451 Seventh Street SW, Washington, DC 20410-0002 |
| 15565026 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Apr 27 2024 00:07:12 | MidFirst Bank, Bankruptcy Department, 999 NW Grand Boulevard, #110, Oklahoma City, OK 73118-6051 |
| 14954545 | | Email/Text: nsm_bk_notices@mrcooper.com | Apr 26 2024 23:50:00 | Rushmore Loan Management Services, PO Box 814529, Dallas, TX 75381-4529 |
| 15411921 | + | Email/Text: BK@servicingdivision.com | Apr 26 2024 23:50:00 | The Money Source Inc., 500 South Broad Street Suite 100A, Meriden, Connecticut 06450-6755 |

| 14983964 | Email/PDF: ebn_ais@aisinfo.com | Apr 27 2024 00:07:20 | Verizon, by American InfoSource as agent, PO Box 248838, Oklahoma City, OK 73124-8838 |

TOTAL: 12

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| cr | | MidFirst Bank |
| 14989138 | *P++ | CITIZENS BANK N A, ATTN BANKRUPTCY TEAM, ONE CITIZENS BANK WAY, JCA115, JOHNSTON RI 02919-1922, address filed with court:, Citizens Bank N.A., One Citizens Bank Way, Mailstop: JCA115, Johnston, RI 02919 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 28, 2024          Signature:          /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 25, 2024 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Abagale E. Steidl | on behalf of Debtor James M. Steindl Sr. asteidl@steidl-steinberg.com, julie.steidl@steidl-steinberg.com;abby.steidl@me.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;amattish@steidl-steinberg.com |
| Chandra Marie Arkema | on behalf of Creditor FIRST GUARANTY MORTGAGE CORPORATION tuhawkeye@msn.com carkema@squirelaw.com |
| Denise Carlon | on behalf of Creditor MidFirst Bank dcarlon@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 5